UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re                                                                    Case No. 05-46739 (SMB)

MARK STUART KRUG,                                      Chapter 7

                              Debtor.
-----------------------------------------------------------x

## ORDER APPROVING STIPULATION OF SETTLEMENT

111 E. 26th Street LLC (the "Landlord"), by its counsel, Finkel Goldstein

Rosenbloom & Nash, LLP, having moved this Court by Notice of Presentment for relief

from the automatic stay to permit the Landlord to proceed with an eviction proceeding;

and the Court having rejected the proposed Order as lacking a supporting affidavit; and in

the interim the Landlord having reached a settlement with the Debtor pursuant to which

the Debtor will remain in the subject premises until April 30, 2006 in return for payment

of back rent and current rent; and due deliberation have been had; and sufficient cause

appearing therefor; it is

ORDERED, that the Stipulation annexed hereto is approved on the consent

of the Debtor,  **SMB  2/16/06     provided that no payments are made using property**

**of the estate.**

DATED:  New York, New York
        February 16, 2006

                **/s/   STUART M. BERNSTEIN**
             Hon. Stuart M. Bernstein

Consented to this 14
day of February, 2006

s/David B. Shaev, Esq.
Counsel for the Debtor
350 Fifth Avenue
Suite 7210
New York, NY 10118
(212) 239-3800