## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Marc Stuart Krug                                   CASE NO.: 05–46739–pcb

SSN/TAX ID: xxx–xx–9725                                   CHAPTER:  7

---

## DISCHARGE OF DEBTOR
## ORDER OF FINAL DECREE

A petition under chapter 7 of title 11, United States Code was filed by or against the Debtor(s) on 10/14/05 ; an order for relief was entered under chapter 7; no order denying a discharge has been granted. The Debtor's estate has been fully administered.

**IT IS ORDERED THAT:**

1. The Debtor is released from all dischargeable debts.

2. Any judgment not obtained in this court is null and void as to the personal liability of the Debtor(s) regarding the following:

(a) debts dischargeable under 11 U.S.C. § 523(a);

(b) debts alleged to be excepted from discharge under 11 U.S.C. § 523(a)(2),(4),(6) or (15) unless determined by this court to be nondischargeable;

(c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order or whose judgments are declared null and void in 2 above, are enjoined from instituting or continuing any action, employing any process or engaging in any act to collect such debts as personal liabilities of the Debtor(s).

4. Robert L. Geltzer is discharged as the Trustee of the Debtor's estate and the bond is cancelled. The chapter 7 case of the Debtor(s) is closed.

Dated: 4/20/06                          Prudence Carter Beatty, Bankruptcy Judge

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0208-1          User: rchou              Page 1 of 1              Date Rcvd: Apr 20, 2006
Case: 05-46739               Form ID: 155             Total Served: 23


The following entities were served by first class mail on Apr 22, 2006.
db        +Marc Stuart Krug,   111 East 26th Street,   Apartment C1,   New York, NY 10010-1803
aty       +David B. Shaev,   350 Fifth Avenue,   Suite 7210,   New York, NY 10118-7210
tr        +Robert L. Geltzer,   The Law Offices of Robert L. Geltzer,   1556 Third Avenue,   Suite 505,
           New York, NY 10128-3100
smg        N.Y. State Unemployment Insurance Fund,   P.O. Box 551,   Albany, NY  12201-0551
smg        New York City Dept. Of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
           Brooklyn, NY  11201-3719
smg        New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
           Albany, NY  12205-0300
smg        United States Attorney,   One St. Andrew's Plaza,   Claims Unit - Room 417,
           New York, NY  10007-1701
ust       +United States Trustee,   33 Whitehall Street,   21st Floor,   New York, NY 10004-2122
4061818   +BOSTON LAW COLLABORATIVE,   99 SUMMER ST.,   BOSTON, MA 02110-1213
4061824   +ORTHOPEDIC AFFILIATES, INC.,   PO BOX 1807,   MERRIMACK, MH 03054-1807
4061825   +PAUL ROSTEN,   6707 VIALE ELIZABETH,   DECROY BEACH, FL 33446-3706
4061826   +PC RICHARD & SON,   GE CAPITAL,   BANKRUPTCY DEPT.,   PO BOX 276,   DAYTON, OH 45401-0276
4061827   +SALLIE MAE SERVICING CORP.,   BANKRUPTCY DEPT.,   1002 ARTHUR DR.,   HYNN HAVEN, FL 32444-1683

The following entities were served by electronic transmission on Apr 20, 2006 and receipt of the transmission
was confirmed on:
4061815   +EDI: AMEREXPR.COM Apr 20 2006 15:57:00     AMERICAN EXPRESS,   GLOBAL COLLECTIONS,
           200 VESEY STREET,   NEW YORK, NY 10285-1000
4160385    EDI: BECKLEE.COM Apr 20 2006 15:57:00     American Express Centurion Bank,
           c/o Becket and Lee, LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
4061816   +EDI: TSYS.COM Apr 20 2006 15:57:00     BANANA REPUBLIC,   MCCBG,   PO BOX 103090,
           ROSWELL, GA 30076-9090
4061817   +EDI: TSYS2.COM Apr 20 2006 15:57:00     BLOOMINGDALES,   BANKRUPTCY DEPT.,   9111 DUKE BLVD.,
           MASON, OH 45040-8999
4061819   +EDI: CHASE.COM Apr 20 2006 15:57:00     CHASE,   BANKRUPTCY UNIT,   100 DUFFY AVENUE,
           HICKSVILLE, NY 11801-3639
4061820   +EDI: WELTMAN.COM Apr 20 2006 15:57:00     DELL,   BANKRUPTCY DEPT.,   ONE DELL WAY,
           ROUND ROCK, TX 78682-7000
4061820   +E-mail: ebndell@weltman.com Apr 20 2006 19:16:32     DELL,   BANKRUPTCY DEPT.,   ONE DELL WAY,
           ROUND ROCK, TX 78682-7000
4061821   +EDI: WTRWFNNB.COM Apr 20 2006 15:57:00     DESIGN WITHIN REACH,   PO BOX 2974,
           MISSION, KS 66201-1374
4061822   +EDI: IRS.COM Apr 20 2006 15:57:00     INTERNAL REVENUE SERVICE,   SPECIAL PROCEDURES BRANCH,
           ATT:  BANKRUPTCY, MAIL CODE C:SPF,   290 BROADWAY, 5TH FLOOR,   NEW YORK, NEW YORK 10007-1823
4061823   +EDI: TSYS2.COM Apr 20 2006 15:57:00     JUNIPER BANK,   BANKRUPTCY DEPT.,   PO BOX 8833,
           WILMINGTON, DE 19899-8833
4061828   +EDI: TSYS.COM Apr 20 2006 15:57:00     SLEEPY'S,   GE CAPITAL CONS CARDCO,   PO BOX 276,
           DAYTON, OH 45401-0276
                                                                                    TOTAL: 11


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr         111 E. 26th Street LLC
                                                                              TOTALS: 1, * 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 22, 2006**                          **Signature:** _Joseph Speetjens_